1  **MCGUIREWOODS LLP**
   Matthew C. Kane, Esq. (SBN 171829)
2        Email:  mkane@mcguirewoods.com
   Bashir E. Eustache, Esq. (SBN 241759)
3        Email:  beeustac@mcguirewoods.com
   1800 Century Park East, 8th Floor
4  Los Angeles, California 90067
   Telephone: (310) 315-8200
5  Facsimile: (310) 315-8210

6  Attorneys for Defendant,
   MANPOWER INC.
7
   **JACKSON HANSON LLP**
8  Jeffrey C. Jackson, Esq. (SBN 140990)
   Kirk D. Hanson, Esq. (SBN 167920)
9  2790 Truxtun Road, Suite 140
   San Diego, CA 92106
10 Telephone: (619) 523-9001
   Facsimile: (619) 523-9002
11 E-Mail: atty@jacksonhanson.com

12 Attorneys for Plaintiff,
   ANITA CARGAMENTO SORIANO
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ANITA CARGAMENTO SORIANO, individually, and on behalf of all others similarly situated, | Case No.: EDCV 10-00691 VAP(OPx) |
|---|---|
| Plaintiffs, | **ORDER ON JOINT STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION** |
| vs. | |
| MANPOWER INC., and DOES 1 through 50, | |
| Defendants. | |

27216616.1

**[PROPOSED] ORDER ON JOINT STIPULATION FOR PROTECTIVE ORDER**

1  THE COURT, having reviewed and considered the Joint Stipulation For Protective
2  Order Re: Confidential Information (the "Stipulation") between Plaintiff Anita
3  Cargamento Soriano ("Plaintiff") and Defendant Manpower, Inc. (hereafter,
4  "Defendant") (collectively, the "Parties"), and good cause appearing for the same,
5  hereby ORDERS as follows:

7   The Stipulation of the Parties is approved.

9  **IT IS SO ORDERED.**

11  DATE: 11/23/10

                          OSWALD PARADA
              UNITED STATES MAGISTRATE JUDGE