JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA CARGAMENTO SORIANO and ALMA R. SOTO, <br><br> Plaintiffs, <br><br> vs. <br><br> MANPOWER INC., CLMP LTD INC., DBA MANPOWER OF TEMECULA, and Does 1 through 50, inclusive, <br><br> Defendants. | CASE NO.  5:10-CV-00691-VAP-OP <br><br> **ORDER ON STIPULATION TO REMAND ACTION TO STATE COURT** <br><br> Complaint filed:      April 1, 2010 <br> Trial date:           None set |

Having reviewed the Parties' Stipulation to Remand Action to State Court, the matters set forth therein, and the files and records of this action, and good cause appearing therefor,

IT IS HEREBY ORDERED that this Action shall be remanded to the Superior Court of the State of California, County of Riverside.

IT IS FURTHER ORDERED that all discovery completed by the Parties in this Action, including the deposition of Plaintiff Soriano and the Parties' respective discovery requests and responses, shall be used in the state court action as if such discovery was originally conducted in state court.

**SO ORDERED**.

Dated:March 15, 2012          By: _____

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

-1-

